## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deon Baker
                        Plaintiff,

v.                                              Case No.: 1:19−cv−03809
                                                Honorable Ronald A. Guzman

L C Gonzalez, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2021:

    MINUTE entry before the Honorable Ronald A. Guzman: The parties having filed a stipulation to dismiss, the case is dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice 75 days after entry of this order if no motion to reinstate for purposes of enforcing the settlement agreement is filed by the 75−day date. Each party to bear its own attorney's fees and costs. Mailed notice. (kp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.